UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA NAVEJA, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRIMERICA, INC., a Delaware corporation; PRIMERICA FINANCIAL SERVICES, LLC, a Nevada limited liability company; PRIMERICA CLIENT SERVICES, INC., a Delaware corporation; PRIMERICA LIFE INSURANCE COMPANY, a Tennessee corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:20-cv-01298-MCE-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY DEADLINES TO MEET AND CONFER AND TO SUBMIT RULE 26(f) REPORT** |

　　Having considered the parties' Joint Stipulation to Stay Deadlines to Meet and Confer and to Submit Rule 26(f) Report, and good cause existing,

　　The Court **ORDERS** that the deadline to meet and confer regarding a discovery plan, to the extent a conference is ultimately necessary, is stayed until 21 days after the disposition of Defendants' Motion for Order Compelling Arbitration and Motion to Dismiss or Stay and Plaintiff's Motion

///

///

to Remand Pursuant to 28 U.S.C. § 1447, whichever is later, and that the deadline to file a joint status report is stayed until 14 days after that conference.

IT IS SO ORDERED.

Dated: September 15, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE