1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA NAVEJA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIMERICA, INC., a Delaware corporation; PRIMERICA FINANCIAL SERVICES, LLC, a Nevada limited liability company; PRIMERICA CLIENT SERVICES, INC., a Delaware corporation; PRIMERICA LIFE INSURANCE COMPANY, a Tennessee corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-01298-MCE-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION** |

1    Having considered the parties' Joint Stipulation to Extend Defendants' Deadline to File Reply
2 In Support Of Defendants' Motion to Compel Arbitration, and good cause existing,
3    The Court **ORDERS** that the deadline for Defendants to file a reply in support of their Mo-
4 tion to Compel Arbitration is extended to September 14, 2020.
5    IT IS SO ORDERED.

7 Dated:  September 15, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO EXTEND
DEFENDANTS' DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION